UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                                CASE NO.    13-11261-HCM

MARJO RUTH CARROLL

**DEBTOR**                                                **CHAPTER 13**

**TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO
THE COURT**

     COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

     1. Debtor filed for relief under Chapter 13 on July 1, 2013. The Court confirmed the Debtor's plan on January 1, 1900.

     2. The Trustee has a balance on hand in this case in the amount of $235.50 which is owed to the Debtor as a refund. The Trustee has mailed these funds to the Debtor but the check(s) was (were) not negotiated.

     3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

     4. The Trustee's check for $235.50, payable to the Clerk of the Court, is attached to this notice.

     FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Debtor** | **Amount of Disbursment Check** |
|---|---|
| Marjo Ruth Carroll<br>14527 Ridgetop Terrace<br>Austin, TX 78732 | $235.50 |

Respectfully submitted,

/s/ Deborah B. Langehennig

---

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305
Fax: (512) 916-9234

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:     CASE NO. 13-11261-HCM

MARJO RUTH CARROLL

DEBTOR     CHAPTER 13

## CERTIFICATE OF SERVICE

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Objection to Proof of Claim has been mailed by US Mail (unless otherwise noted below) to the Debtor, the Debtor's Attorney of Record, and all creditors at the addresses listed below on March 26, 2014.

MARJO RUTH CARROLL
14527 RIDGETOP TERRACE
AUSTIN, TX 78732

MICHAEL BAUMER
7600 BURNET ROAD SUITE 530
AUSTIN, TX 78757
(SERVED ELECTRONICALLY)

MCCREARY VESELKA BRAGG ALLEN
PO BOX 1269
ROUND ROCK, TX 78680

BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP
15000 SURVEYOR BLVD, SUITE 100
ADDISON, TX 75001

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305
Fax: (512) 916-9234